Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kevin Zimmerman, an individual,

            Plaintiff,

v.

Smith's Food & Drug Centers, Inc.,

            Defendant.

Civil Action No: 17-cv-00830-GMN-GWF

**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINE TO COMPLETE DEPOSITIONS**

      Plaintiff, Kevin Zimmerman, and Defendant, Smith's Food & Drug Centers, Inc. (collectively, the "Parties"), by and through their undersigned counsel hereby stipulate to and respectfully request the Court extend the deadline for completion of discovery until after the parties have completed their depositions scheduled for November 16, 2017.

      The current discovery deadline in this case is set for October 27, 2017. The Parties respectfully request that the Court extend the discovery deadline because the Parties have rescheduled a previously scheduled deposition of Plaintiff on October 26, 2017, to November 16, 2017, at Defendant's counsel's new law firm address of: 6605 Grand Montecito Pkwy., Suite 200, Las Vegas, NV 89149. The Parties aver that the request is

made in good faith, the Parties have been diligent in their efforts to conduct discovery in a timely manner, and this is the first extension request in this case.

Wherefore, the Parties respectfully request the Court extend the currently set discovery deadline up and until the Parties complete the rescheduled deposition set for November 16, 2017.

**RESPECTFULLY** submitted this 25th day of October, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

/s/ Gregory Francis Hurley
Gregory Francis Hurley
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr., 4th Flr.
Costa Mesa, CA 92626
Telephone: 714-513-5100
Fax: 714-513-5130
Email: ghurley@sheppardmullin.com
*Attorney for Defendant*
*Pro Hac Vice*

## **ORDER**

ORDERED, granting the Stipulation and extending the discovery deadline until after November 16, 2017.

DATED  October 26, 2017

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

2